### 14005.   JOINER v. THE STATE.

LUKE, J.  1.  "Where evidence is offered and objected to, and a portion thereof is admissible and a part objectionable, unless the illegal portion is specified and properly objected to, the whole will be admitted." *City of Atlanta* v. *Sciple,* 19 *Ga. App.* 694 (3), 698 (92 S. E. 28); *Luke* v. *State,* 26 *Ga. App.* 175 (1), 176 (106 S. E. 199), and citations. Under this ruling the only special ground of the motion for a new trial is without merit.

2. The evidence authorized the defendant's conviction, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JANUARY 10, 1923.

Indictment for manufacture of liquor; from Wilkes superior court — Judge Shurley. September 20, 1922.

*Hugh E. Combs,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.